## Calimer Adoption Case.

Argued November 17, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Daniel W. Shoemaker,* for appellant.

*Victor Dell'Alba,* for appellee.

OPINION PER CURIAM, January 4, 1967:
Decree affirmed.
Each party to pay own costs.